TFH
BO/EN: USAO 2024R00021

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

USDC - GREENBELT
'26 AUG 6 PM3:31

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** 26-261-TDC |
| | * | |
| **CHAZMIN LICHELLE OUTTEN,** | * | **(Involuntary Manslaughter, 18 U.S.C. §§ 7 and 1112(b); Driving Under the Influence of Alcohol, 36 C.F.R. § 4.23; Reckless Driving, 36 C.F.R. § 4.2, (Assimilating Md. Transp. Art. § 21-901.1))** |
| **Defendant** | * | |
| | * | **UNDER SEAL** |
| | * | |

*******

**INDICTMENT**

**COUNT ONE**
**(Involuntary Manslaughter)**

The Grand Jury for the District of Maryland charges that:

On or about November 11, 2023, in the District of Maryland, the defendant,

**CHAZMIN LICHELLE OUTTEN,**

on lands within the special maritime and territorial jurisdiction of the United States, did unlawfully kill Victim 1 in the commission of an unlawful act not amounting to a felony, to wit: (1) operating a motor vehicle while the alcohol concentration in her blood was 0.08 grams or more of alcohol per 100 milliliters of blood, and (2) driving a vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property, in violation of 36 C.F.R. §§ 4.23 and 4.2, assimilating Md. Transp. Art. § 21-901.1(a).

18 U.S.C. § 1112(b)
18 U.S.C. § 7

**COUNT TWO**
**(Driving Under the Influence of Alcohol)**

The Grand Jury for the District of Maryland further charges that:

On or about November 11, 2023, in the District of Maryland, the defendant,

**CHAZMIN LICHELLE OUTTEN,**

on lands administered by the National Park Service, did operate a motor vehicle while under the influence of alcohol to a degree that rendered her incapable of safe operation and while the alcohol concentration in her blood was 0.08 grams or more of alcohol per 100 milliliters of blood.

36 C.F.R. § 4.23

**COUNT THREE**
**(Reckless Driving)**

The Grand Jury for the District of Maryland further charges that:

On or about November 11, 2023, in the District of Maryland, the defendant,

**CHAZMIN LICHELLE OUTTEN,**

on lands administered by the National Park Service, did drive a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2,
Md. Transp. Art. § 21-901.1(a)

Kelly O. Hayes / B.O.
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date: 8/6/26